788 A.2d 356

**Patricia KAPLAN and Howell Kaplan, H/W, Appellants,**

**v.**

**DON'S CHARTER TOUR SERVICE, INC.
and William Clapp, Appellees,**

**v.**

**Agency Rent–A–Car and Jerry Dicker, Appellees.**

Supreme Court of Pennsylvania.

Jan. 22, 2002.

Laurie A. Corson, Jeffrey Marc Pollock, Philadelphia, Robert C. Daniels, for Patricia Kaplan and Howell Kaplan.

Gaele M. Barthold, Philadelphia, for Agency Rent–A–Car and Jerry Dicker.

Tracy Ann Walsh, Joseph Goldberg, Philadelphia, for Don's Charter & Tour Service, Inc.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Appeal is DISMISSED as having been improvidently granted.

Former Chief Justice FLAHERTY did not participate in the decision of this case.